# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# BID PROTEST

| | |
|---|---|
| TELLUS STRATEGIES, LLC<br><br>　　　　　　　　Plaintiff,<br>v.<br>UNITED STATES<br><br>　　　　　　　　Defendant. | No. 25-2186 C<br><br>(Judge _____) |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Paragraph 4 of Appendix C, *Procedure in Protest Cases*, to the Rules of the United States Court of Federal Claims ("RCFC") and 28 U.S.C. § 1491(b)(1), Plaintiff, Tellus Strategies, LLC ("Tellus"), through undersigned counsel, moves for leave to file its Complaint and Declaration with Exhibits under seal.

1. Tellus is an actual offeror in response to Solicitation No. HM0476-21-R-0023, as amended (the "Solicitation"), issued by the National Geospatial-Intelligence Agency ("NGA").

2. Tellus files this Motion along with its Complaint and Declaration with Exhibits protesting NGA's unreasonable decision not to make award to Tellus.

3. The Complaint and Declaration with Exhibits contain confidential and proprietary information and trade secrets of Tellus, the public release of which would cause competitive harm to Tellus.

4. The Complaint and Declaration with Exhibits also contain source selection sensitive information, the public release of which could cause harm to the integrity of the competitive process.

WHEREFORE, Tellus respectfully requests that the Court grant this request for leave to file its Complaint and Declaration with Exhibits under seal.

| | |
|---|---|
| Dated:  December 30, 2025 | Respectfully submitted, |

Of Counsel:
Meghan D. Doherty
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
7900 Tysons One Place
McLean, VA 22102-4859
(703) 770-7519
(703) 770-7901 (fax)
meghan.doherty@pillsburylaw.com

Marques O. Peterson
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1200 Seventeenth Street NW
Washington, DC 20036-3006
(202) 663-8022
(202) 663-8007 (fax)
marques.peterson@pillsburylaw.com

Alexis P. Landrum
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
7900 Tysons One Place
McLean, VA 22102-4859
(703) 770-7544
(703) 770-7901 (fax)
alexis.landrum@pillsburylaw.com

/s/ John E. Jensen
John E. Jensen
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
7900 Tysons One Place
McLean, VA 22102-4859
(703) 770-7560
(703) 770-7901 (fax)
john.jensen@pillsburylaw.com

*Attorney of Record for Plaintiff Tellus Strategies, LLC*

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed electronically via the CM/ECF system. A true and correct copy was also served by email to the following party, this 30th day of December, 2025:

> U.S. Department of Justice
> Commercial Litigation Branch
> 1100 L Street, NW, 8th Floor
> Washington, DC 20530
> Fax: (202) 305-2062
> E-mail: nationalcourts.bidprotest@usdoj.gov

    /s/ John E. Jensen