**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

|  |  |
|---|---|
| TELLUS STRATEGIES, LLC | |
| Plaintiff, | No. _____ 25-2186 C |
| v. | |
| UNITED STATES | (Judge _____) |
| Defendant. | |

**<u>NOTICE OF RELATED CASE</u>**

Pursuant to Paragraph 40.2 of the Rules of the United States Court of Federal Claims, Plaintiff, Tellus Strategies, LLC ("Tellus"), through undersigned counsel, hereby submits this notice of a related case.

1.      Tellus is an actual offeror in response to Solicitation No. HM0476-21-R-0023, as amended (the "Solicitation"), issued by the National Geospatial-Intelligence Agency ("NGA").

2.      On August 24, 2023, Zolon PCS II ("Zolon") filed a protest at the Court challenging NGA's corrective action concerning Solicitation No. HM0476-21-R-0023 taken following a protest at the Government Accountability Office.  The Court docketed Zolon's protest as *Zolon PCS II, LLC v. United States*, Case No. 1:23-cv-01420-KCD, which was assigned to Judge Kathryn C. Davis.  On August 29, 2024, the court enjoined NGA from proceeding with the corrective action.

3.      Zolon filed a second protest on January 8, 2025, challenging NGA's corrective action.  The Court docketed Zolon's second protest as *Zolon PCS II, LLC v. United States*, No. 1:25-cv-00021-KCD, also assigned to Judge Davis.  On April 15, 2025, the court denied this protest.

4. Because Tellus's protest involves the same solicitation as the Zolon protests, it may conserve judicial resources to assign Tellus's protest to Judge Davis.

Dated: December 30, 2025          Respectfully submitted,

Of Counsel:                    /s/ John E. Jensen

Meghan D. Doherty             John E. Jensen

**PILLSBURY WINTHROP**      **PILLSBURY WINTHROP**

**SHAW PITTMAN LLP**        **SHAW PITTMAN LLP**

7900 Tysons One Place         7900 Tysons One Place

McLean, VA 22102-4859      McLean, VA 22102-4859

(703) 770-7519                (703) 770-7560

(703) 770-7901 (fax)          (703) 770-7901 (fax)

meghan.doherty@pillsburylaw.com   john.jensen@pillsburylaw.com

Marques O. Peterson          *Attorney of Record for Plaintiff*

**PILLSBURY WINTHROP**      *Tellus Strategies, LLC*

**SHAW PITTMAN LLP**

1200 Seventeenth Street NW

Washington, DC 20036-3006

(202) 663-8022

(202) 663-8007 (fax)

marques.peterson@pillsburylaw.com

Alexis P. Landrum

**PILLSBURY WINTHROP**

**SHAW PITTMAN LLP**

7900 Tysons One Place

McLean, VA 22102-4859

(703) 770-7544

(703) 770-7901 (fax)

alexis.landrum@pillsburylaw.com

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was filed electronically via the

CM/ECF system.  A true and correct copy was also served by email to the following party, this

30th day of December 2025:

> U.S. Department of Justice
> Commercial Litigation Branch
> 1100 L Street, NW, 8th Floor
> Washington, DC 20530
> Fax: (202) 305-2062
> E-mail: nationalcourts.bidprotest@usdoj.gov

/s/ John E. Jensen