IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |
|---|---|
| TELLUS STRATEGIES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 25-2186 |
| ) | |
| THE UNITED STATES, ) | Filed: January 12, 2026 |
| ) | |
| Defendant, ) | |
| and ) | |
| ) | |
| EXACTA SOLUTIONS, LLC, ) | |
| ) | |
| Defendant- ) | |
| Intervenor, ) | |
| and ) | |
| ) | |
| COMPASS, INC., ) | |
| ) | |
| Defendant- ) | |
| Intervenor. ) | |

## **ORDER**

On January 9, 2026, the Court held an initial status conference in this matter to discuss pending motions and set a briefing schedule for cross-motions for judgment on the record. Based on the discussion at the conference, the Court hereby **ORDERS** the following schedule:

| | |
|---|---|
| Defendant transmits Administrative Record | January 28, 2026 |
| Plaintiff's Amended Complaint (if any) and Motion for Judgment on the Administrative Record | February 12, 2026 |
| Defendant's and Defendant-Intervenors' Cross-Motions for Judgment on the Administrative Record and Responses | February 27, 2026 |

| | |
|---|---|
| Plaintiff's Response and Reply | March 6, 2026 |
| Defendant's and Defendant-Intervenors' Replies | March 13, 2026 |
| Plaintiff files Joint Appendix | March 18, 2026 |

Oral argument in this matter is scheduled for **March 26, 2026, at 10:30 a.m. Eastern Time** at the National Courts Building in Washington, D.C.

**SO ORDERED**.

Dated: January 12, 2026    */s/ Kathryn C. Davis*
KATHRYN C. DAVIS
Judge