**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

|  |  |  |
|---|---|---|
| | ) | |
| TELLUS STRATEGIES, LLC, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | **No. 1:25-cv-02186-KCD** |
| v. | ) | |
| | ) | **Judge Kathryn C. Davis** |
| THE UNITED STATES, | ) | |
| | ) | |
| *Defendant,* | ) | |
| and | ) | |
| | ) | |
| EXACTA SOLUTIONS, LLC, | ) | |
| | ) | |
| *Defendant-* | ) | |
| *Intervenor,* | ) | |
| | ) | |
| and | ) | |
| | ) | |
| COMPASS, INC., | ) | |
| | ) | |
| *Defendant-* | ) | |
| *Intervenor.* | ) | |
| | ) | |

**INNOVATE NOW, LLC's**
**UNOPPOSED MOTION TO INTERVENE**

Pursuant to Rule 24 of the Rules of the United States Court of Federal Claims ("RCFC"), Innovate Now, LLC ("Innovate Now") respectfully moves to intervene in the above-captioned protest. Innovate Now seeks to intervene to protect its rights as the awardee in the competition under the National Geospatial-Intelligence Agency ("NGA" or "Agency") Solicitation No. HM0476-21-R-0023.

Counsel for Defendant, the United States, counsel for Plaintiff, Tellus Strategies, LLC ("Tellus"), and counsel for the each of the Defendant-Intervenors, Exacts Solutions, LLC and Compass, Inc., respectively, have represented that they do not oppose this Motion.

The grounds supporting Innovate Now's intervention are set forth in the accompanying

Memorandum in Support of Innovate Now, LLC's Unopposed Motion to Intervene.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | s/ John Prairie |
|  | John Prairie |
|  | MAYER BROWN LLP |
|  | 1999 K Street NW |
| *Of counsel:* | Washington, DC 20006 |
| J. Ryan Frazee | jprairie@mayerbrown.com |
| MAYER BROWN LLP | Tel.: (202) 263-3389 |
| Dated: January 13, 2026 |  |
|  | *Counsel of Record for* |
|  | *Innovate Now, LLC* |