# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## CONSOLIDATED

|  |  |  |
|---|---|---|
| TELLUS STRATEGIES, LLC, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 25-2186 |
| THE UNITED STATES, | ) ) | Filed: February 2, 2026 |
| Defendant, | ) ) | |
| and | ) ) | |
| EXACTA SOLUTIONS, LLC, | ) ) | |
| Defendant-Intervenor, | ) ) ) | |
| and | ) ) | |
| COMPASS, INC., | ) ) | |
| Defendant-Intervenor, | ) ) ) | |
| and | ) ) | |
| INNOVATE NOW, LLC, | ) ) | |
| Defendant-Intervenor, | ) ) ) | |
| and | ) ) | |
| PROCLEARED, LLC, | ) ) | |
| Defendant-Intervenor, | ) ) ) | |
| and | ) ) | |
| LOGIC GATE, LLC, | ) ) | |
| Defendant-Intervenor. | ) ) ) | |
| ASSERTIVE PROFESSIONALS, LLC, | ) | |

|  |  |  |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 26-93 |
| THE UNITED STATES, | ) ) ) | |
| Defendant, | ) ) | |
| and | ) ) | |
| COMPASS, INC., | ) ) ) | |
| Defendant-Intervenor, | ) ) ) | |
| and | ) ) | |
| EXACTA SOLUTIONS, LLC, | ) ) ) | |
| Defendant-Intervenor, | ) ) ) | |
| and | ) ) | |
| LOGIC GATE, LLC, | ) ) ) | |
| Defendant-Intervenor, | ) ) ) | |
| and | ) ) | |
| INNOVATE NOW, LLC, | ) ) ) | |
| Defendant-Intervenor, | ) ) ) | |
| and | ) ) | |
| PROCLEARED, LLC, | ) ) ) | |
| Defendant-Intervenor. | ) ) ) | |

## **ORDER**

On January 29, 2026, pursuant to the Court's January 23, 2026 Consolidation Order (ECF No. 39), the parties filed a Joint Proposed Briefing Schedule. ECF No. 50. Upon consideration, the Court adopts the parties' proposed schedule and **ORDERS** the following:

| | |
|---|---|
| Defendant transmits Administrative Record[1] | January 30, 2026 |
| Plaintiffs' Amended Complaints (if any) and Motions for Judgment on the Administrative Record | February 20, 2026 |
| Defendant's and Defendant-Intervenors' Cross-Motions for Judgment on the Administrative Record and Responses | March 6, 2026 |
| Plaintiffs' Responses and Replies | March 17, 2026 |
| Defendant's and Defendant-Intervenors' Replies | March 31, 2026 |
| Plaintiffs file the Joint Appendix | April 3, 2026 |

Oral argument in this matter is scheduled for **April 17, 2026, at 10:30 a.m. Eastern Time** at the National Courts Building in Washington, D.C.

**SO ORDERED**.

Dated: February 2, 2026    */s/ Kathryn C. Davis*
KATHRYN C. DAVIS
Judge

---

[1] As noted in their Joint Proposed Briefing Schedule, the parties are still "in the process of resolving an issue concerning classified information. . . . The administrative record will contain a placeholder for the relevant documents until that issue is resolved, and defendant will promptly provide the parties with the declassified and redacted replacement for that placeholder once it is available." ECF No. 50 at 2 n.1.